■  JOHN A. MORGAN, Respondent, v JUAN CRUZ CANDIA et al., Appellants, et al., Defendants. [891 NYS2d 650]—

The court properly accepted plaintiff's untimely papers in opposition to defendants' motion, as defendants did not suffer any prejudice (*see Matter of Jordan v City of New York*, 38 AD3d 336, 338 [2007]; *Dinnocenzo v Jordache Enters.*, 213 AD2d 219 [1995]).

Viewing the evidence in the light most favorable to plaintiff, and allowing for the circumstance that he was unable to provide an explanation for the rear-collision accident, we find that plaintiff has not shown facts and conditions from which it may reasonably be inferred that defendants bore any fault for the accident (*see Morales v Morales*, 55 AD3d 306 [2008]; *Somers v*

*Condlin*, 39 AD3d 289 [2007]; *Black v Loomis*, 236 AD2d 338 [1997]). Concur—Gonzalez, P.J., Tom, Sweeny, Catterson and Abdus-Salaam, JJ.